IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC., | |
| Plaintiff, | No. C 10-02782 JSW |
| v. | **ORDER VACATING HEARING** |
| MICHAEL PARRY, et al. | |
| Defendants. | |
| AND RELATED COUNTER-CLAIM / | |

On July 1, 2010, National Seating Mobility, Inc. filed a Motion to Dismiss or, Alternatively, to Strike Portions of the Amended Counterclaim, which is scheduled for hearing on August 13, 2010 at 9:00 a.m. The Court finds the matter suitable for disposition without oral argument. Accordingly, the hearing is VACATED, and the Court shall issue an Order in due course.

**IT IS SO ORDERED.**

Dated: August 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE