IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING & MOBILITY, INC.

    Plaintiff,

  v.

MICHAEL PARRY, et al.,

    Defendants.

AND RELATED COUNTERCLAIM
                           /

No. C 10-02782 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING CASE MANAGEMENT DEADLINES**

    The Court has received and considered the parties' joint case management conference statement and HEREBY VACATES the case management conference set for October 8, 2010 at 1:30 p.m. It is FURTHER ORDERED that:

    1.    The parties shall adhere to the deadlines regarding discovery set forth on page 6 of the joint case management statement. **If the parties have any discovery disputes, they are advised that the Court's Standing Order paragraph 8 governs the procedures for submitting discovery disputes to the Court.** If the parties seek to extend any of the deadlines, they must submit a stipulation and proposed order or motion for administrative relief demonstrating good cause for any such modification.

    2.    The hearing on the motion for class certification shall be heard on **September 16, 2011 at 9:00 a.m.** The parties shall follow the briefing schedule set forth on page 6 of the joint case management statement.

3. The parties shall appear for a further case management conference on **October 7, 2011 at 1:30 p.m.** A further joint case management statement shall be due on September 30, 2010.

**IT IS SO ORDERED.**

Dated: October 4, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2