**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    NATIONAL SEATING & MOBILITY, INC.,          No.  C 10-02782 JSW
10              Plaintiff,                          **ORDER DENYING MOTION FOR
                                                    LEAVE TO FILE A MOTION FOR
11      v.                                          PROTECTIVE ORDER AND
                                                    REQUIRING DISPUTE TO BE
12   MICHAEL PARRY, et al.                          PRESENTED BY JOINT LETTER
                                                    BRIEF**
13              Defendants.
14   AND RELATED COUNTER-CLAIM
15   _____/
16          The Court has received and considered National Seating and Mobility, Inc.'s Motion for
17   Leave to File a Motion for Protective Order.  That motion is DENIED.  The parties shall present
18   the dispute to the Court by way of a Joint Letter Brief that complies in all respects with this
19   Court's Standing Order ¶ 8.  The Joint Letter Brief shall be due by no later than January 14,
20   2011.
21          **IT IS SO ORDERED.**
22   Dated:   January 3, 2011
23                                                  _____
                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28