IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING & MOBILITY, INC.,

    Plaintiff,

v.

MICHAEL PARRY, et al.

    Defendants.

AND RELATED COUNTER-CLAIM
_____/

No. C 10-02782 JSW

**ORDER RESOLVING DISCOVERY DISPUTE SET FORTH IN MARCH 25, 2011 LETTER BRIEF (Docket No. 30)**

    The Court has received and considered the parties' Joint Letter Brief submitted on March 25, 2011. The Court HEREBY ORDERS that NSM shall produce any and all non-privileged documents that are responsive to Plaintiff's requests for production, including vendor invoices, by no later than April 15, 2011. The Court agrees with NSM's position that it should only be required to produce documents from March 1, 2007 through the present.

    If NSM has withheld any documents from that production on the basis other than privilege, NSM shall so notify the Plaintiff and the Court as to the number of documents withheld and the basis for nondisclosure.

    Plaintiffs' request to file a motion for sanctions is DENIED WITHOUT PREJUDICE.

    **IT IS SO ORDERED.**

Dated: March 30, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE