1 | RONALD S. BUSHNER (SBN: 98352)
MEGAN M, LEWIS (SBN: 246052)
2 | **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
3 | 525 Market Street – 17th Floor
San Francisco, California 94105-2725
4 | Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff and Counter-Claim Defendant
NATIONAL SEATING & MOBILITY, INC.

MARK P. MEUSER (SBN: 231335)
**MEUSER LAW GROUP, INC**
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656
mark@meuser-law.com

Attorney for Defendant and Counter-Claimant MICHAEL PARRY
and for all other similarly situated, counter-claimants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC., <br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PARRY and DOES 1 through 20; inclusive,<br><br>Defendants. | Case No. 3:10-cv-02782-JSW <br><br>**PLAINTIFF AND COUNTER-CLAIM DEFENDANT NSM'S AND DEFENDANT AND COUNTER-CLAIMANT MICHAEL PARRY'S STIPULATION TO CONTINUE PARRY'S DEADLINE TO MOVE FOR CLASS CERTIFICATION and ~~PROPOSED~~ ORDER**<br><br>Action Filed: March 3, 2010 |
| MICHAEL PARRY, individually and on behalf of all others similarly situated,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONAL SEATING & MOBILITY, INC.,<br><br>Counter-Claim Defendant. | |

STIPULATION RE CLASS CERTIFICATION DEADLINE AND ~~PROPOSED~~ ORDER
[CASE NO. 3:10-cv-02782-JSW]        Page 1
664019.1


1  It is hereby stipulated by and between the parties hereto, by and through their respective counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker LLP representing National Seating & Mobility, Inc. ("NSM") and Mark P. Meuser representing Michael Parry ("Parry"), subject to the order of the court, as follows:

Pursuant to the Court's Order Vacating Case Management Conference and Setting Case Management Deadlines, dated October 4, 2010, Mr. Parry's deadline to file a Motion for Class Certification is currently May 6, 2011. Due to scheduling difficulties, Mr. Parry has not been able to complete a 30(b)(6) deposition, which is critical to Mr. Parry's ability to adequately prepare his motion.

As such, the parties request that the Court allow Mr. Parry to file his Motion for Class Certification on or before May 27, 2011. The parties have agreed to complete the necessary deposition during the week of May 9, 2011, if the Court is amenable to the requested extension. The other deadlines established in the Court's October 4, 2010 Order, including the scheduled date for the hearing on Mr. Parry's class certification motion (September 16, 2011), will remain unchanged as to minimize any inconvenience to the Court.

Dated: April 15, 2011                                Respectfully submitted,

                                                     WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER, LLP

                                                By:  _____/s/_____
                                                     Ronald S. Bushner
                                                     Megan M. Lewis
                                                     *Attorneys for Plaintiff/Counter-claim Defendant*

Dated: April 15, 2011                                Respectfully submitted,

                                                     MEUSER LAW GROUP, INC.

                                                By:  _____/s/_____
                                                     Mark P. Meuser
                                                     *Attorneys for Defendant/Counter-claimant*

1 **[PROPOSED] ORDER**

2   Good cause appearing therefore, the Stipulation and Proposed Order is hereby adopted by

3 the Court. Defendant/Counter-claimant Parry's Motion for Class Certification must be filed on

4 or before May 27, 2007. The other dates ~~specified in        have not changed~~. relating to the briefing schedule and the hearing remain unchanged.

5

6

7 IT IS SO ORDERED.

8

9

10 Dated: April 15, 2011           By: _____ /s/ Jeffrey S. White _____

11                                      HON. JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION RE CLASS CERTIFICATION DEADLINE AND ~~PROPOSED~~ ORDER
[CASE NO. 3:10-cv-02782-JSW]          Page 3
664019.1