Mark P. Meuser, SBN 231335
Meuser Law Group, Inc
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656
mark@meuser-law.com

Attorney for Michael Parry Defendant
And for Michael Parry and all others
Similarly situated, Counter-Claimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC., <br><br>     Plaintiff, <br><br> vs. <br><br> MICHAEL PARRY and DOES 1 through 20, inclusive, <br><br>     Defendants. | Case No.: 3:10-cv-02782-JSW <br><br> **REGARDING** ~~**PROPOSED**~~ **ORDER** ~~**GRANTING**~~ **PARRY'S ADMINISTRATIVE MOTION FOR A PROTECTIVE ORDER** <br><br> Dept: Courtroom 11, 19th Floor <br> Judge: The Hon. Jeffrey S. White |
| MICHAEL PARRY, individually and on behalf of all others similarly situated, <br><br>     Counter-Claimant, <br><br> vs. <br><br> NATIONAL SEATING & MOBILITY, INC., <br><br>     Counter-Claim Defendant. | |

   The motion of Counter-Claimant Michael Parry ("Parry") for an Order to file certain documents under seal came now before this Court.

   ~~Having considered all materials filed in support of this Motion the Court hereby finds that Parry's Motion to file certain documents under seal is hereby GRANTED.~~

1

Case No.: 3:10-cv-02782-JSW
Proposed Order Granting Administrative Motion for a Protective Order

**Pursuant to Northern District Local Rule 79-5(d), NSM must file a declaration establishing that the documents are sealable by no later than June 7, 2011. If NSM fails to file such a declaration, Parry shall electronically file the documents in the public record.**

Dated this  June 1            , 2011

_____
The Honorable Jeffrey S. White
Northern Federal District of California

Case No.: 3:10-cv-02782-JSW
Proposed Order Granting Administrative Motion for a Protective Order