United States District Court
For the Northern District of California

1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    NATIONAL SEATING,

10            Plaintiff,                          No.  C 10-02782 JSW

11     v.                                         **ORDER RE DOCKET NO. 38 AND
                                                  ORDER CLARIFYING DOCKET
12   MICHAEL PARRY,                               NO. 43**

13            Defendants.
                                            /
14

15          On June 8, 2011, this Court granted an administrative motion to file certain documents

16   under seal.  In that Order, the Court ordered that Exhibits C, E and F to the Meuser Declaration

17   (Docket No. 38), be removed from the docket and re-filed under seal.  However, Parry also has

18   included Exhibit D in Docket No. 38, which was not covered by the Motion to Seal.

19   Accordingly, it is HEREBY ORDERED that Docket No. 38 shall be removed in its entirety

20   from the public record.  Parry is HEREBY ORDERED to re-file Exhibits C, E and F under seal,

21   as well as Exhibits G-O, in accordance with the procedures set forth in General Order 62.  Parry

22   shall electronically file Exhibit D in the public record.

23          **IT IS SO ORDERED.**

24

25   Dated:   June 14, 2011                       _____
                                                  JEFFREY S. WHITE
26                                                UNITED STATES DISTRICT JUDGE

27

28   cc:     ECF Help Desk