RONALD S. BUSHNER (SBN: 98352)
MEGAN M, LEWIS (SBN: 246052)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Counter-Claim Defendant
NATIONAL SEATING & MOBILITY, INC.

MARK P. MEUSER (SBN: 231335)
**MEUSER LAW GROUP, INC**
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656
mark@meuser-law.com

Attorney for Counter-Claimant MICHAEL PARRY and for all other similarly situated, counter-claimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PARRY and DOES 1 through 20; inclusive,<br><br>Defendants. | Case No. 3:10-cv-02782-JSW<br><br>**COUNTER-CLAIM DEFENDANT NSM'S AND COUNTER-CLAIMANT MICHAEL PARRY'S STIPULATION TO CONTINUE NSM'S DEADLINE TO OPPOSE PARRY'S MOTION FOR CLASS CERTIFICATION and ~~PROPOSED~~ ORDER**<br><br>Action Filed: March 3, 2010 |
| MICHAEL PARRY, individually and on behalf of all others similarly situated,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONAL SEATING & MOBILITY, INC.,<br><br>Counter-Claim Defendant. | |

It is hereby stipulated by and between the parties hereto, by and through their respective counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker LLP representing National Seating & Mobility, Inc. ("NSM") and Mark P. Meuser representing Michael Parry ("Parry"), subject to the order of the court, as follows:

Pursuant to the Court's Order Vacating Case Management Conference and Setting Case Management Deadlines, dated October 4, 2010, NSM's deadline to file its opposition to Parry's Motion for Class Certification is currently August 5, 2011. Due to unavailability of a critical declarant, NSM has been unable to finalize its opposition and supporting documents. *See* Declaration of Ronald S. Bushner (hereinafter "Bushner Decl."), filed concurrently herewith, at ¶ 3.

As such, the parties request that the Court allow NSM to its opposition to Parry's Motion for Class Certification on or before August 9, 2011. The Court previously granted Parry a short extension of time to file his Motion for Class Certification. *See* Bushner Decl. at ¶ 4. The other deadlines established in the Court's October 4, 2010 Order, including Mr. Parry's deadline to reply to NSM's opposition (August 26, 2011) and the scheduled date for the hearing on Mr. Parry's class certification motion (September 16, 2011), will remain unchanged as to minimize any inconvenience to the Court.

Dated: August 4, 2011

Respectfully submitted,
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: /s/
Ronald S. Bushner
Megan M. Lewis
*Attorneys for Plaintiff/Counter-claim Defendant*

Dated: August 4, 2011

Respectfully submitted,
MEUSER LAW GROUP, INC.

By: /s/
Mark P. Meuser
*Attorneys for Defendant/Counter-claimant*

**~~[PROPOSED]~~ ORDER**

Good cause appearing therefore, the Stipulation and Proposed Order is hereby adopted by the Court. Counter-Claim Defendant NSM's opposition to Parry's Motion for Class Certification must be filed on or before August 9, 2011. The other dates specified in the Court's October 4, 2010 Order have not changed.

IT IS SO ORDERED.

Dated: August 5, 2011

By: ______________________________
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE