IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING & MOBILITY, INC.

    Plaintiff,

  v.

MICHAEL PARRY, et al.,

    Defendants.

AND RELATED COUNTERCLAIM
                                     /

No. C 10-02782 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING HEARING DATE AND BRIEFING SCHEDULE ON RENEWED MOTION FOR CLASS CERTIFICATION**

The Court has received and considered the parties' joint case management conference statement and HEREBY CONTINUES the case management conference set for December 9, 2011 at 1:30 p.m. to April 6, 2012 at 1:30 p.m. The parties' further joint case management conference statement shall be due on March 30, 2012. It is FURTHER ORDERED that the Court shall set a placeholder hearing date of February 24, 2012 at 9:00 a.m. for Parry's renewed motion for class certification. Parry shall file his motion on or before December 30, 2011. NSM's opposition brief shall be due by January 27, 2012, and Parry's reply shall be due by February 10, 2012. To the extent the parties have disputes about discovery, they shall follow this Court's standing order and shall present those disputes via letter brief.

    **IT IS SO ORDERED.**

Dated: December 5, 2011

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE