

# ACTION FOR BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING IN 50 STATES (PLUS D.C.)

| STATE | RECOGNIZES (Y/N) | CASE CITATION |
|---|---|---|
| Cal. | Y | *Carma Developers (California), Inc., v. Marathon Dev. Cal., Inc*., 2 Cal. 4th 342, 372 (1992); *Helfand v. Nat'l Union Fire Ins*., 10 Cal. App. 4th 869, 903 (1992), *cert. denied*, 510 U.S. 824 (1993); *Nelson v. Abraham*, 29 Cal. 2d 745, 750-51 (1947) |
| Ala. | Y | *Lake Martin/Alabama Power Licensee Ass'n, Inc. v. Alabama Power Co., Inc*., 601 So. 2d 942, 944 (Ala. 1992); *Standard Plan, Inc. v. Tucker*, 582 So. 2d 1024, 1027 (Ala. 1991); *World's Exposition Shows v. Benevolent Protective Order of Elks, No. 148*, 237 Ala. 329, 331 (1939) |
| Alaska | Y | *Luedtke v. Nabors Alaska Drilling, Inc*., 834 P.2d 1220, 1224 (Alaska 1992); *Guin v. Ha*, 591 P.2d 1281, 1291 (Alaska 1979) |
| Ariz. | Y | *Beaugureau v. Beaugureau*, 11 Ariz. App. 234, 236 (1970); *McCarthy W. Constructors, Inc. v. Phoenix Resort*, 821 P. 2d 181, 187 (Ariz. Ct. App. 1991) |
| Ark. | Y | *Ripplemeyer v. National Grape Co-op Ass'n, Inc.*, 807 F. Supp. 1439, 1459 (W.D. Ark 1992); *Howard P. Foley Co. v. J.L. Williams & Co*., 622 F.2d 402, 406-07 (8th Cir. 1980) (applying Arkansas law) |
| Colo. | Y | *Colorado Nat'l Bank of Denver v. Friedman*, 846 P. 2d 159, 172 (Colo. 1993) |
| Conn. | Y | *Garrity v. McCasky*, 223 Conn. 1, 10 (1992); *Neiditz v. Housing Auth. of Hartford*, 43 Conn. Supp. 283, 293, aff'd, 231 Conn. 598 (1995); *Commerce Int'l Co. v. United States*, 338 F.2d 81, 85 (Ct. Cl. 1964) |
| Del. | Y | *Coca-Cola Bottling Co. of Elizabethtown, Inc. v. Coca-Cola Co*., 769 F. Supp. 599, 650, 652 (D. Del. 1991) (applying Delaware law), *aff'd in part, rev'd in part*, 988 F.2d 386 (3rd Cir. 1993); *Blish v. Thompson Automatic Arms Corp*., 30 Del. Ch. 538, 569 (1948) |
| D.C. | Y | *Hais v. Smith*, 547 A.2d 986, 987 (D.C. 1988) |



## ACTION FOR BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING IN 50 STATES (PLUS D.C.)

| STATE | RECOGNIZES (Y/N) | CASE CITATION |
|---|---|---|
| **Fla.** | Y | *United States v. San Pedro*, 781 F. Supp. 761, 763 (S.D. Fla. 1991) (applying Florida law) |
| **Ga.** | Y | *Century 21 Mary Carr & Assoc. v. Jones*, 204 Ga. App. 96, 97 (1992); *Crooks v. Chapman Co.*, 124 Ga. App. 718, 719 (1971) |
| **Haw.** | Y | *Hawaii Leasing v. Klien*, 5 Haw. App. 450, 456 (1985) |
| **Idaho** | Y | *White v. Unigard Mut. Ins. Co.*, 112 Idaho 94, 101 (1986) |
| **Ill.** | Y | *Unit Tranship, Inc. v. Soo Line R.R. Co.*, 905 F.2d 160, 163 (7th Cir. 1990) (applying Illinois law); Chartand Equip. Co. v. Admiral Ins. Co., 609 F. Supp. 810, 812 (S.D. lll. 1985); *Martindell v. Lake Shore Nat'l Bank*, 15 Ill. 2d 272, 286 (1958) |
| **Ind.** | Y | *Hamlin v. Steward*, 622 N.E.2d 535, 540-541 (Ind. Ct. App. 1993) |
| **Iowa** | Y | *Midwest Management Corp. v. Stephens*, 291 N.W.2d 896, 913 (Iowa 1980) |
| **Kan.** | Y | *Kansas Babtist Convention v. Mesa Operating Ltd. Partnership*, 253 Kan. 717, 724 (1993) |
| **Ky.** | Y | *Ranier v. Mount Sterling Nat'l Bank*, 812 S.W.2d 154, 156 (Ky. 1991); *Odem Realty Co. v. Dyer*, 242 Ky. 58, 61 (1932) |
| **La.** | Y | *Brill v. Catfish Sharks of Am., Inc.*, 727 F. Supp. 1035, 1039 (E.D. La. 1989); *National Safe Corp. v. Benedict & Myrick, Inc.*, 371 So. 2d 792, 795 (La. 1979) (applying La. Civ. Code Ann. art. 1901 (West 1977)) |
| **Me.** | Y | *United States v. H & S Realty Co.*, 837 F.2d 1,4 (1st Cir. 1987); *Reid v. Key Bank of S. Me., Inc.*, 821 F.2d 9, |



## ACTION FOR BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING IN 50 STATES (PLUS D.C.)

| STATE | RECOGNIZES (Y/N) | CASE CITATION |
|---|---|---|
| | | 12 (1st Cir. 1987) |
| Md. | Y | *Zady Natey, Inc. v. United Food & Commercial Workers Int'l Union, Local No. 27*, 826 F. Supp. 142, 146 (D. Md. 1992), aff'd, 995 F.2d 496 (4th Cir. 1993); *Food Fair Stores, Inc. v. Blumberg*, 234 Md. 521, 534 (1964) |
| Mass. | Y | *Hawthorne's, Inc., v. Warrenton Realty, Inc.*, 414 Mass. 200, 211 (1993); *Kerrigan v. City of Boston*, 361 Mass. 24, 33 (1972) |
| Mich. | Y | *Ferrell v. Vic Tanny Int'l Inc.*, 137 Mich. App. 238, 243 (1984); *Burkhardt v. City Nat'l Bank*, 57 Mich. App. 649, 652 (1975) |
| Minn. | Y | *Enviro-Fab, Inc. v. Blandin Paper Co.*, 349 N.W. 2d 842 848 (Minn. Ct App. 1984) |
| Miss. | Y | *Cenac v. Murry*, 609 So. 2d 1257, 1258, 1272-73 (Miss. 1992) |
| Mo. | Y | *Martin v. Prier Brass Mfg. Co.*, 710 S.W.2d 466, 473 (Mo. Ct App. 1986); *Faust & Forden, Inc. v. Greenbaum*, 421 S.W.2d 809, 813 (Mo. 1967); *Rees v. Bank Bldg. & Equip. Corp. of Am.*, 332 F.2d 548, 551-52 (7th Cir.) (applying Missouri law), *cert. denied*, 379 U.S. 932 (1964) |
| Mont. | Y | *Gates v. Life of Mont. Ins., Co.*, 196 Mont. 178, 184 (1982); *U.V. Indus., Inc. v. Danielson*, 184 Mont. 203, 219 (Mont. 1979) |
| Neb. | Y | *Gilbert Cent. Corp. v. Overland Nat'l Bank*, 232 Neb. 778 (1989) |
| Nev. | Y | *K-Mart Corp. v. Ponsock*, 103 Nev. 39, 48 (1987) |
| N.H. | Y | *Kantor v. Norwood Group*, 127 N.H. 831, 834 (1986); *Griswold v. Heat, Inc.*, 108 N.H. 119, 124, (1967) |



## ACTION FOR BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING IN 50 STATES (PLUS D.C.)

| STATE | RECOGNIZES (Y/N) | CASE CITATION |
|---|---|---|
| **N.J.** | Y | *Riveredge Assoc. v. Metropolitan Life Ins.*, 774 F. Supp. 892, 897 (D.N.J. 1991) (applying New Jersey law); *Nestle Foods Corp. v. Aetna Cas. & Sur. Co.*, 842 F. Supp. 125, 128 (D.N.J. 1993) (applying New Jersey law); *Palisades Properties, Inc. v. Brunetti*, 44 N.J. 117, 130 (1965) |
| **N.M.** | Y | *Bourgeous v. Horizon Healthcare Corp.*, 117 N.M. 434, 438 (1994) |
| **N.Y.** | Y | *Ashland Management Inc. v. Janien*, 82 N.Y. 2d 395, 401-02 (1993); *Kirke La Shelle Co. v. Paul Armstrong Co.*, 263 N.Y. 79, 87 (1933) |
| **N.C.** | Y | *Gallimore v. Daniels Constr. Co.*, 78 N.C. App. 747, 751 (1986); *Weyerhaeuser Co. v. Godwin Bldg. Supply Co.*, 40 N.C. App. 743, 746 (1979) |
| **N.D.** | Y | *Dvorak v. American Family Mut. Ins. Co.*, 508 N.W.2d 329, 331 (N.D. 1993); *Seifert v. Farmers Union Mut. Ins. Co.*, 497 N.W. 2d 694, 698 (N.D. 1993) |
| **Ohio** | Y | *Davis & Tatera, Inc. v. Gray-Syracuse, Inc.*, 796 F. Supp. 1078, 1087 (S.D. Ohio 1992); *Miles v. N.J. Motors, Inc.*, 44 Ohio App. 2d 351, 356, 358 (1975) |
| **Okla.** | Y | *Western Natural Gas Co. v. Cities Serv. Gas Co.*, 507 P.2d 1236, 1241 (Okla.), *appeal dismissed and cert. denied*, 409 U.S. 1052 (1972) |
| **Or.** | Y | *Pacific First Bank v. New Morgan Park Corp.*, 319 Or. 342, 360-62 (1994); *Oregon RSA No. 6 v. Castle Rock Cellular*, 840 F.Supp. 770, 776 (D. Or. 1993), *aff'd* 76 F.3d 1003 (9th Cir. 1996); *Perkins v. Standard Oil Co.*, 235 Or. 7, 16-18 (1963) (en banc) |
| **Pa.** | Y | *Somers v. Somers*, 418 Pa. Super. 131, 136 (1992); *LLMD of Mich., Inc. v. Marine Midland Realty Credit Corp.*, 789 F. Supp. 657, 660 (E.D. Pa 1992) |



## ACTION FOR BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING IN 50 STATES (PLUS D.C.)

| STATE | RECOGNIZES (Y/N) | CASE CITATION |
|---|---|---|
| **R.I.** | Y | *Bibeault v. Hanover Ins. Co.*, 417 A.2d 313, 319 (R.I. 1980); *Ide Farm & Stable, Inc. v. Cardi*, 110 R.I. 735, 739 (1972) |
| **S.C.** | Y | *Tadlock Painting Co., v. Maryland Gas Co.*, 232 S.C. 498, 500 (1996); *Carolina Bank & Trust Co. v. St. Paul Fire & Marine Co.*, 310 S.E.2d 163, 165 (S.C. Ct. App. 1983); *Commercial Credit Corp. v. Nelson Motors, Inc.*, 247 S.C. 360, 366-67 (1966) |
| **S.D.** | Y | *K Lazy K Ranch, Inc. v. Farm Credit Bank*, 127 B.R. 1014, 1022 (D.S.D. 1991) (applying South Dakota Law) |
| **Tenn.** | Y | *TSC Indus., Inc., v. Tomlin*, 743 S.W.2d 169, 197 (Tenn. Ct. App. 1987); *Moore Const. V. Clarksville Dept of Elec.*, 707 S.W. 2d 1, 14 (Tenn. Ct. App. 1985) |
| **Tex.** | Y | *San Antonio v. Forgy*, 769 S.W.2d 293, 295 (Tex. Ct. App. 1989); *Aetna Cas. & Sur. Co. v. Marshall*, 699 S.W. 2d 896, 907 (Tex. Ct. App. 1985), *aff'd*, 724 S.W.2d 770 (1987) |
| **Utah** | Y | *Andalex Resources, Inc. v. Myers*, 871 P.2d 1041, 1047 (Utah Ct. App. 1994); *Brown v. Weiss*, 871 P.2d 552, 564 (Utah Ct. App. 1994); *Zion's Properties, Inc. v. Holt*, 538 P.2d 1319, 1321 (Utah 1975) |
| **Vt.** | Y | *Capital Impact Corp. v. Munro*, 162 Vt. 6, 11 (1992); *Carmichael v. Adirondack Bottled Gas Corp.*, 161 Vt. 200, 208-09 (1993); *H.P. Hood & Sons v. Heins*, 124 Vt. 331, 338 (1964) |
| **Va.** | Y | *A & E Supply Co. v. Nationwide Mut. Fire Ins.*, 798 F.2d 669, 676-77 (4th Cir. 1986)(applying Virginia law), *cert. denied*, 479 U.S. 1091 (1987) |
| **Wash.** | Y | *Mayer v. Pierce County Med. Bureau*, 80 Wash. App. 416, 422 (1995); *Miller v. Othello Packers, Inc.*, 67 Wash. 2d 842, 844 (1966) (per curiam) |



**ACTION FOR BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING IN 50 STATES (PLUS D.C.)**

| STATE | RECOGNIZES (Y/N) | CASE CITATION |
|---|---|---|
| **W.Va.** | **Y** | *Smith v. Buege,* 182 W.Va. 204, 208 (1989) |
| **Wis.** | **Y** | *Market Street Assoc. Ltd. Partnership v. Frey*, 941 F.2d 588, 592 (7th Cir. 1991) (applying Wisconsin law); *Chayka v. Santini*, 47 Wis. 2d 102, 108 (1970) |
| **Wyo.** | **Y** | *Four Nines Gold, Inc. v. 71 Constr., Inc*., 809 P.2d 236, 239 (Wyo. 1991); *Husman, Inc. v. triton Coal Co.*, 809 P.2d 796, 801 (Wyo. 1991) |

39631/v1