1  C. BROOKS CUTTER, SBN 121407
   JOHN R. PARKER, JR., SBN 256775
2  KERSHAW, CUTTER & RATINOFF, LLP
3  401 Watt Avenue
   Sacramento CA 95864
4  Telephone: (916) 448-9800/Facsimile:  (916) 669-4499
   bcutter@kcrlegal.com
5  jparker@kcrlegal.com

6  MARK P. MEUSER, SBN 231335
7  JONATHON PAUL HAUENSCHILD, SBN 249615
   MEUSER LAW GROUP, INC.
8  P.O. Box 5412
   Walnut Creek, CA 94596
9  Telephone: (415) 577-2850/Facsimile: (925) 262-4656
   mark@meuser-law.com
10 jonathon@meuser-law.com

11 Attorneys for Michael Parry, Defendant and Counter-Claimant

12                    UNITED STATES DISTRICT COURT

13         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15 NATIONAL SEATING & MOBILITY, INC.,        Case No.: 3:10-cv-02782-JSW
16          Plaintiff,                        **STIPULATED REQUEST TO**
17                                            **CONTINUE HEARING AND**
        vs.                                   **[PROPOSED] ORDER**
18 MICHAEL PARRY and DOES 1 through 20,
19 inclusive,                                 Date:   April 6, 2012
                                             Time:   9 A.M.
20          Defendants.
                                             Judge:  The Hon. Jeffrey S. White
21 MICHAEL PARRY, individually and on behalf
   of all others similarly situated,
22
23          Counter-Claimant,

24        vs.

25 NATIONAL SEATING & MOBILITY, INC.,

26          Counter-Claim Defendant.

27                                     1
28 Case No.: 3:10-cv-02782-JSW
   Stipulated Request To Continue Hearing
   855046.1

1    Defendant/Counter-Claimant Michael Parry ("Parry") and Plaintiff/Counter-Claim

2    Defendant National Seating Mobility, Inc. hereby request that, if the Court intends to hear

3    argument on Parry's renewed motion for class certification and motion for leave to file an

4    amended pleading, currently set for April 6, 2012, the hearing be continued to June 22, 2012.

5    Both April 6, 2012, and June 1, 2012 (the next available date for hearing) present unavoidable

6    conflicts for counsel for both parties in this matter.

7
Dated:  March 30, 2012                    Respectfully submitted,

8

9                                          KERSHAW, CUTTER, & RATINOFF, LLP

10

11                                         By: ____/s/ John R. Parker, Jr._____
                                                John R. Parker, Jr.
12

13                                         Attorneys for Michael Parry

14
Dated:  March 30, 2012                    Respectfully submitted,

15

16                                         WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                           DICKER LLP
17

18                                         By: ____/s/ Megan M. Lewis_____
                                                Megan M. Lewis
19
                                           Attorneys for National Seating & Mobility, Inc.
20

21     **If the Court finds the matter suitable for resolution without oral
       argument, it shall notify the parties in advance of the hearing date.**
22    PURSUANT TO STIPULATION, IT IS SO ORDERED:

23

24    Dated: __March 30, 2012_____      _____
                                             HONORABLE JEFFERY S. WHITE
25

26

27                                  2

28
Case No.: 3:10-cv-02782-JSW
Stipulated Request To Continue Hearing
 855046.1