C. BROOKS CUTTER, SBN 121407
JOHN R. PARKER, JR., SBN 256775
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento CA 95864
Telephone: (916) 448-9800/Facsimile: (916) 669-4499
bcutter@kcrlegal.com
jparker@kcrlegal.com

MARK P. MEUSER, SBN 231335
JONATHON PAUL HAUENSCHILD, SBN 249615
MEUSER LAW GROUP, INC.
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850/Facsimile: (925) 262-4656
mark@meuser-law.com
jonathon@meuser-law.com

Attorneys for Michael Parry, Defendant and Counter-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PARRY and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>MICHAEL PARRY, individually and on behalf of all others similarly situated,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONAL SEATING & MOBILITY, INC.,<br><br>Counter-Claim Defendant. | Case No.: 3:10-cv-02782-JSW<br><br>**STIPULATED REQUEST TO CONTINUE HEARING AND [PROPOSED] ORDER**<br><br>Date: April 6, 2012<br>Time: 9 A.M.<br><br>Judge: The Hon. Jeffrey S. White |

1

Defendant/Counter-Claimant Michael Parry ("Parry") and Plaintiff/Counter-Claim Defendant National Seating Mobility, Inc. hereby request that, if the Court intends to hear argument on Parry's renewed motion for class certification and motion for leave to file an amended pleading, currently set for April 6, 2012, the hearing be continued to June 22, 2012. Both April 6, 2012, and June 1, 2012 (the next available date for hearing) present unavoidable conflicts for counsel for both parties in this matter.

Dated: March 30, 2012         Respectfully submitted,

                              KERSHAW, CUTTER, & RATINOFF, LLP


                              By:    /s/ John R. Parker, Jr.
                                      John R. Parker, Jr.

                              Attorneys for Michael Parry

Dated: March 30, 2012         Respectfully submitted,

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                              By:    /s/ Megan M. Lewis
                                      Megan M. Lewis

                              Attorneys for National Seating & Mobility, Inc.

**If the Court finds the matter suitable for resolution without oral argument, it shall notify the parties in advance of the hearing date.**
PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: March 30, 2012                 _____
                                      HONORABLE JEFFERY S. WHITE

2

Case No.: 3:10-cv-02782-JSW
Stipulated Request To Continue Hearing
855046.1