| | |
|---|---|
| RONALD S. BUSHNER (SBN 98352)<br>ronald.bushner@wilsonelser.com<br>MEGAN M. LEWIS (SBN 246052)<br>megan.lewis@wilsonelser.com<br>**WILSON, ELSER, MOSKOWITZ,<br>　EDELMAN & DICKER LLP**<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Telephone: 415.433.0990<br>Facsimile: 415.434.1370<br><br>Attorneys for Plaintiff/Counter-Claim Defendant<br>NATIONAL SEATING & MOBILITY, INC. | C. BROOKS CUTTER, SBN 121407<br>bcutter@kcrlegal.com<br>JOHN R. PARKER, JR. SBN 256775<br>jparker@kcrlegal.com<br>**KERSHAW, CUTTER & RATINOFF, LLP**<br>401 Watt Avenue<br>Sacramento CA 95864<br>Telephone: (916) 448-9800<br>Facsimile:  (916) 669-4499<br><br>MARK P. MEUSER, SBN 231335<br>mark@meuser-law.com<br>JONATHON PAUL HAUENSCHILD, SBN 249615<br>jonathon@meuser-law.com<br>**MEUSER LAW GROUP, INC.**<br>P.O. Box 5412<br>Walnut Creek, CA 94596<br>Telephone: (415) 577-2850<br>Facsimile: (925) 262-4656<br><br>Attorneys for Defendant/Counter-Claimant<br>MICHAEL PARRY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC.,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL PARRY and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | Case No.: 3:10-cv-02782-JSW<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:  July 27, 2012<br>Time:  1:30 p.m.<br><br>Judge:  The Hon. Jeffrey S. White |
| MICHAEL PARRY, individually and on behalf of all others similarly situated,<br><br>　　　Counter-Claimant,<br><br>　　vs.<br><br>NATIONAL SEATING & MOBILITY, INC.,<br><br>　　　Counter-Claim Defendant. | |

1

Case No.: 3:10-cv-02782-JSW
Stipulated Request To Continue Case Management Conference; [Proposed] Order Thereon

907823.1

1  Defendant/Counter-Claimant Michael Parry ("Parry") and Plaintiff/Counter-Claim Defendant
2  National Seating Mobility, Inc. hereby respectfully request that the case management conference
3  currently scheduled for July 27, 2012 be continued for 30 days to allow the parties additional time to
4  meet and confer regarding the issues to be addressed at the conference, particularly the issues
5  surrounding notice to the newly-certified class.  The parties believe that the case management
6  conference would be significantly more productive if they were able to spend more time on the meet
7  and confer process.
8  The parties also request that their deadline to file the required joint case management statement
9  be continued until one week before the new date for the case management conference, if the Court is
10  inclined to reschedule.

Dated:  July 19, 2012               Respectfully submitted,

                                    KERSHAW, CUTTER, & RATINOFF, LLP

                                    By:     /s/ John R. Parker, Jr.
                                            John R. Parker, Jr.

                                    Attorneys for Michael Parry


Dated:  July 19, 2012               Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP

                                    By:     /s/ Megan M. Lewis
                                            Megan M. Lewis

                                    Attorneys for National Seating & Mobility, Inc.

2
Case No.: 3:10-cv-02782-JSW
Stipulated Request To Continue Case Management Conference; [Proposed] Order Thereon

907823.1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the case management conference scheduled for July 27, 2012 will be continued to August 31, 2012 at 1:30pm. The parties shall submit a joint case management statement no later than one week prior to the case management conference.

Dated: July 24, 2012

_____
HONORABLE JEFFERY S. WHITE
UNTIED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA