RONALD S. BUSHNER (SBN 98352)
ronald.bushner@wilsonelser.com
MEGAN M. LEWIS (SBN 246052)
megan.lewis@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Plaintiff/Counter-Claim Defendant
NATIONAL SEATING & MOBILITY, INC.

C. BROOKS CUTTER, SBN 121407
bcutter@kcrlegal.com
JOHN R. PARKER, JR. SBN 256775
jparker@kcrlegal.com
**KERSHAW, CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

MARK P. MEUSER, SBN 231335
mark@meuser-law.com
JONATHON PAUL HAUENSCHILD, SBN 249615
jonathon@meuser-law.com
**MEUSER LAW GROUP, INC.**
P.O. Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656

Attorneys for Defendant/Counter-Claimant
MICHAEL PARRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL PARRY and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 3:10-cv-02782-JSW <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date:  July 27, 2012 <br> Time:  1:30 p.m. <br><br> Judge:  The Hon. Jeffrey S. White |
| MICHAEL PARRY, individually and on behalf of all others similarly situated, <br><br> Counter-Claimant, <br><br> vs. <br><br> NATIONAL SEATING & MOBILITY, INC., <br><br> Counter-Claim Defendant. | |

1

Case No.: 3:10-cv-02782-JSW
Stipulated Request To Continue Case Management Conference; [Proposed] Order Thereon

907823.1

1  Defendant/Counter-Claimant Michael Parry ("Parry") and Plaintiff/Counter-Claim Defendant National Seating Mobility, Inc. hereby respectfully request that the case management conference currently scheduled for July 27, 2012 be continued for 30 days to allow the parties additional time to meet and confer regarding the issues to be addressed at the conference, particularly the issues surrounding notice to the newly-certified class. The parties believe that the case management conference would be significantly more productive if they were able to spend more time on the meet and confer process.

The parties also request that their deadline to file the required joint case management statement be continued until one week before the new date for the case management conference, if the Court is inclined to reschedule.

Dated: July 19, 2012                Respectfully submitted,

                                    KERSHAW, CUTTER, & RATINOFF, LLP


                                    By:    /s/ John R. Parker, Jr.
                                           John R. Parker, Jr.

                                    Attorneys for Michael Parry



Dated: July 19, 2012                Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                                    By:    /s/ Megan M. Lewis
                                           Megan M. Lewis

                                    Attorneys for National Seating & Mobility, Inc.

---

2

Case No.: 3:10-cv-02782-JSW
Stipulated Request To Continue Case Management Conference; [Proposed] Order Thereon

907823.1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the case management conference scheduled for July 27, 2012 will be continued to August 31, 2012 at 1:30pm. The parties shall submit a joint case management statement no later than one week prior to the case management conference.

Dated: July 24, 2012

_____
HONORABLE JEFFERY S. WHITE
UNTIED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

3

Case No.: 3:10-cv-02782-JSW
Stipulated Request To Continue Case Management Conference; [Proposed] Order Thereon

907823.1