IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING & MOBILITY, INC.,

    Plaintiff,

  v.

MICHAEL PARRY, et al.

    Defendants.

AND RELATED COUNTER-CLAIM
                              /

No. C 10-02782 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court has received and considered the parties' joint case management conference statement. In light of the mediation session scheduled to be completed by no later than October 16, 2012, the Court HEREBY CONTINUES the case management conference to Friday, November 9, 2012, at 1:30 p.m. The parties shall file a further joint case management conference statement, which shall address class notice and scheduling, by no later than Friday, November 2, 2012.

    **IT IS SO ORDERED.**

Dated: August 27, 2012

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE