IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING & MOBILITY, INC.,

    Plaintiff,

  v.

MICHAEL PARRY, et al.

    Defendants.

AND RELATED COUNTER-CLAIM
                            /

No. C 10-02782 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     The Court has received and considered the parties' joint case management conference statement. In light of the mediation session scheduled, the Court HEREBY CONTINUES the case management conference to Friday, January 25, 2013, at 1:30 p.m. If the parties are unable to resolve this matter at the mediation session, the parties shall file a further joint case management conference statement, which shall address how they intend to provide notice to the class and scheduling for the remainder of this litigation, by no later than Friday, January 18, 2013.

     **IT IS SO ORDERED.**

Dated: November 5, 2012

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE