IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING & MOBILITY, INC.,

    Plaintiff,

v.

MICHAEL PARRY, et al.

    Defendants.

AND RELATED COUNTER-CLAIM
                                       /

No.  C 10-02782 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court has received and considered the parties' joint case management conference statement. In light of the parties' representations that they have nearly finalized a settlement, the Court HEREBY CONTINUES the case management conference to Friday, April 26, 2013, at 1:30 p.m. The parties shall submit a further joint case management statement on April 19, 2013. If the parties finalize the settlement and can submit a stipulation and proposed briefing schedule and hearing date on the motion for preliminary approval, they may submit that stipulation in lieu of a further case management conference statement.

    **IT IS SO ORDERED.**

Dated: March 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE