United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING & MOBILITY, INC.,

    Plaintiff,

v.

MICHAEL PARRY, et al.

    Defendants.

AND RELATED COUNTER-CLAIM
                                                     /

No.  C 10-02782 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND NOTICE TO PARTIES RE SCHEDULING ON PROPOSED CLASS ACTION SETTLEMENT**

    The Court has received and considered the parties' joint case management conference statement.  In light of the parties' representations that they will be submitting a motion for preliminary approval the Court HEREBY VACATES the case management conference.  The Court notes that the parties have proposed that they file a motion for attorneys fees *after* the deadline for class members to opt out or object to the settlement.  The Court requests that the parties address, in the motion for preliminary approval, why this timing is appropriate in light of the plain language of Federal Rule of Civil Procedure 23(h) and *In re Mercury Interactive Corp. Sec. Litig.,* 698 F.3d 988, 993-95 (9th Cir. 2010).

    **IT IS SO ORDERED.**

Dated: April 22, 2013

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE