RONALD S. BUSHNER (SBN 98352)
ronald.bushner@wilsonelser.com
VICTORIA L. TALLMAN (SBN 273252)
victoria.tallman@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Plaintiff and Counter-Claim Defendant
NATIONAL SEATING & MOBILITY, INC.

C. BROOKS CUTTER (SBN 121407)
bcutter@kcrlegal.com
JOHN R. PARKER, JR. (SBN 257761)
jparker@kcrlegal.com
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

MARK P. MEUSER (SBN 231335)
mark@meuser-law.com
**MEUSER LAW GROUP, INC**
P.O. Box 5412
Walnut Creek, California 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656

Attorneys for Defendant and Counter-Claimant
MICHAEL PARRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SEATING & MOBILITY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PARRY and DOES 1 through 20; inclusive,<br><br>Defendants. | Case No. 3:10-cv-02782-JSW<br><br>**PLAINTIFF AND COUNTER-CLAIM DEFENDANT NATIONAL SEATING & MOBILITY'S AND DEFENDANT AND COUNTER-CLAIMANT MICHAEL PARRY'S JOINT STATUS REPORT** AND ORDER THEREON<br>Courtroom: 11, 19th Floor<br>Judge: The Hon. Jeffrey S. White<br><br>Action Filed: March 3, 2010 |
| MICHAEL PARRY, individually and on behalf of all others similarly situated,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATIONAL SEATING & MOBILITY, INC.,<br><br>Counter-Claim Defendant. | |

Pursuant to the Court's order, document 124 in the present matter, Plaintiff/Counterclaim Defendant NATIONAL SEATING & MOBILITY, INC. ("NSM") and Defendant/Counter-Claimant MICHAEL PARRY ("Parry") jointly submit this status report, and respectfully request and

recommend that no Case Management Conference will be necessary.

The parties have agreed to execute a bilateral release of all claims between NSM and Michael Parry. While such release has not yet been executed, the parties agreed that the settlement reached in this matter will be a global settlement and resolve all claims between NSM and Michael Parry, an individual. The parties anticipate that this release will be executed without complication in the next two weeks.

Dated: May 28, 2013                                    Respectfully submitted,

                                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

                                        By:        /s/_____
                                                  Victoria L. Tallman
                                                  Ronald S. Bushner
                                                  *Attorneys for Plaintiff/Counter-Claim Defendant*

Dated: May 28, 2013                                    Respectfully submitted,

                                        KERSHAW CUTTER & RATINOFF, LLP

                                        By:        /s/_____
                                                  C. Brooks Cutter
                                                  John R. Parker, Jr.
                                                  *Attorneys for Defendant/Counter-Claimant*

Dated: May 28, 2013                                    Respectfully submitted,

                                        By:        /s/_____
                                                  Mark P. Meuser
                                                  *Attorneys for Defendant/Counter-Claimant*

I, Victoria L. Tallman, hereby attest pursuant to General Order 45(X)(B) that concurrence in the filing of this document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

## [~~PROPOSED~~] STATUS REPORT ORDER

The parties have agreed to execute a bilateral release resolving all claims in this matter as between NSM and Michael Parry.

As such, the Court will not proceed with any further Case Management Conferences, and will ~~Order~~ Dismiss the claims and counter-claims between NSM and Michael Parry once a~~n executed Release is Filed with this Court, or, in the alternative, Order~~ the parties to file a Stipulation of Dismissal in accordance with FRCP Rule 41(a)(ii).

IT IS SO ORDERED:

Dated: May 28, 2013         By: /s/ Jeffrey S. White
                            THE HON. JEFFREY S. WHITE
                            UNITED STATES DISTRICT COURT JUDGE