**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL SEATING,

    Plaintiff,

v.

MICHAEL PARRY,

    Defendant.
_____/

No. C 10-02782 JSW

**ORDER CONTINUING FINAL APPROVAL HEARING BY ONE WEEK AND DIRECTING PARTIES TO PROVIDE NOTICE OF CONTINUANCE**

The Court will not be unavailable on October 25, 2013, the date previously set for the final approval hearing. Accordingly, the Court HEREBY CONTINUES the hearing and the hearing on the motion for attorneys' fees to November 1, 2013 at 9:00 a.m. in Courtroom 11 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 19th Floor, San Francisco, California, 94102. It is HEREBY ORDERED that the parties shall provide notice of this continuance to class members, and shall file proof of such notice with the Court by no later than August 5, 2013. All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: July 23, 2013

                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE